**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION**

United States District Court
Southern District of Texas
FILED

NOV 2 8 2001

| | | |
|---|---|---|
| RONALD J. CHARLES on Behalf of | § | CIVIL ACTION NO. G-Michael N. Milby, Clerk |
| Himself and Others Similarly Situated | § | |
| *Plaintiffs,* | § | U.S. DISTRICT COURT |
| | § | WESTERN DISTRICT OF LOUISIANA |
| v. | § | JURY TRIAL DEMANDED FILED |
| | § | |
| KEY ENERGY SERVICES, INC. | § | DEC 1 8 2001 |
| *Defendant,* | § | COLLECTIVE ACTION |

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

**PLAINTIFF'S STATEMENT OF AGREEMENT TO
DEFENDANT'S MOTION TO TRANSFER VENUE**

CV01-2706 L0

The Court recently outlined to counsel for Plaintiff its views on venue for certain cases

pending in the Galveston Division of the Southern District of Texas. In response to this guidance,

counsel for Plaintiff took a serious look at the venue issues involved in his cases. As a result,

Plaintiff's counsel has not opposed, or has agreed to, the transfer of venue in those cases where,

considering all the relevant factors, another district provides the best forum.

One such case considered by Plaintiff's counsel is the case at bar. After reviewing the facts

presented by counsel for Defendant (Plaintiff's counsel's former boss) prior to the filing of any

formal motion, Plaintiff concluded this case should be transferred to another district. Plaintiff

informed Defendant of this agreement prior to the Defendant filing any motion to transfer.

Despite this agreement, Defendant filed an *opposed* Motion to Transfer Venue. Counsel for

Plaintiff reiterates that he has taken the Court's directives to heart and is willing, in appropriate

cases, to agree to a transfer of venue.

JUDGE HAIK

Plaintiff does *not* oppose Defendant's Motion to Transfer Venue in this case.

MAGISTRATE JUDGE METHVIN



Respectfully submitted,

Richard J. Burch
Attorney-In-Charge for Plaintiff
State Bar No.  24001807
S.D. of Tex. No. 21615
5847 San Felipe #3900
Houston, Texas 77057
(713) 877-8788 (Telephone)
(713) 877-8065 (Telecopier)

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been served on counsel of record for Defendant Key Energy Services, Inc. in accordance with the Federal Rules of Civil Procedure.

Richard J. Burch